JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIZA M.,<br><br>               Plaintiff,<br><br>     vs.<br><br>KILOLO KIJAKAZI, Acting<br>Commissioner of Social Security,<br><br>               Defendant. | CASE NO. CV 20-9166-AGR<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that the decision of the Commissioner is reversed and this matter is remanded for further proceedings consistent with the Memorandum Opinion and Order.

DATED: November 23, 2021

_Alicia G. Rosenberg_
_____
ALICIA G. ROSENBERG
United States Magistrate Judge